UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRENE RIGGS,

        Plaintiff,

  v.

LIFE CARE CENTERS OF AMERICA, INC.,

        Defendant.

C16-1525 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend discovery deadlines, docket no. 19, is GRANTED in part and DENIED in part. As indicated in the Minute Order Setting Trial Date and Related Dates, docket no. 13, failure to complete discovery within the time allowed is not recognized as good cause for altering the case schedule. Parties may agree to pursue settlement discussions and delay conducting discovery, but they should not expect the Court to continue discovery deadlines solely for that reason. The parties have proposed to extend the deadline for completing discovery until after dispositive motions must be filed. Such request is denied. Instead, the Court EXTENDS the deadline for completing discovery to August 4, 2017. Any motions related to discovery shall be filed by June 29, 2017. All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 13, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1